# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JEFFREY SAGE, | No. 2:16-cv-0982 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se and in forma pauperis. Plaintiff has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to dismiss this case without prejudice (ECF No. 21) is granted.

DATED: April 26, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE